UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

LARRY G. GILPIN,

Petitioner,

v.

HOYT A. BRILL,

Respondent.

Civil No. 00-394 (DSD/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed a petition for a writ of habeas corpus challenging the validity of his confinement at the Prairie Correctional Facility, Appleton, Minnesota. Respondent is directed to make a return in writing within 30 days from the date of this order, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on the issues raised in the petition and Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in light of the requirements of the statutes and other pertinent authority; and

3. Certified copies of all records -- including documents from Petitioner's state court criminal proceedings and Petitioner's prison records -- that may be relevant to the issues raised by the petition.

FILED 3-9-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Absent compliance with this order within the 30-day time period, the Court will entertain a motion to grant the relief prayed for in the petition.

IT IS FURTHER ORDERED that upon the filing of the foregoing, the parties shall await the further order of this Court.

Dated: March 9, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge