UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larry G. Gilpin,

Petitioner,

v.

Hoyt A. Brill,

Respondent.

Civil 00-394 DSD/FLN

ORDER

Respondent has filed a motion to dismiss the writ along with a supporting brief, and a motion to stay return. Respondent has also sought to substitute Jon E. Litscher as respondent.

As Jon E. Litscher appears to be petitioner's legal custodian, it would be proper to add him as a co-respondent. As Hoyt Brill is the warden of the facility at which petitioner is housed, it would be inappropriate to remove him from the pleadings.

IT IS HEREBY ORDERED that:

1. The order to file a return be and the same is hereby stayed pending the court's decision on the motion to dismiss [#8]; and

2. Jon E. Litscher is added to the caption as a co-respondent [#7].

DATED: April 13, 2000.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 4 14 00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______