# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Larry G. Gilpin,

v.

Hoyt A. Brill and
Jon E. Litscher,

Case No. Civil 00-394 DSD/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Petitioner's petition for habeas corpus relief is denied.
2. Respondent Jon Litscher's motion to dismiss is granted.
3. The entire case is dismissed.

DATE: July 7, 2000

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

37